FILED:  March 26, 2015

UNITED STATES COURT OF APPEALS
FOR THE FOURTH CIRCUIT

_____

No. 15-4182
(2:14-cr-00008-MSD-DEM-1)

_____

UNITED STATES OF AMERICA

       Plaintiff - Appellee

v.

NICOLE FELICIA CLARK, a/k/a Mo

       Defendant - Appellant

_____

O R D E R
_____

The court appoints Harry Dennis Harmon, Jr. to represent appellant. Counsel
is referred to the memorandum on **Payment of Counsel Appointed under the
Criminal Justice Act** for information on obtaining a fee exempt PACER account
for electronic access to documents in CJA cases, redacting private and sensitive
data from transcripts and other documents, and maintaining time and expense
records. If appointed counsel has not previously received CJA payments from the
federal courts, or if their information has changed, counsel should complete the

**CJA Taxpayer Identification Form**.

Counsel not yet registered for electronic filing should proceed to the court's web site to register as an ECF filer, **www.ca4.uscourts.gov**.

For the Court--By Direction

/s/ Patricia S. Connor, Clerk